UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRELL RAVON REESE
(#669959),

       Plaintiff,

v.

CHARLES THOMPSON,

       Defendant.
_____/

Case No. 2:22-cv-12369
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER CONSTRUING PLAINTIFF'S DECEMBER 2024 FILING (ECF No. 64) AS A MOTION TO AMEND HIS EARLIER RESPONSE (ECF NO. 59) and GRANTING PLAINTIFF'S MOTION

      Concurrently with this order, the Court is entering a report and recommendation to deny Defendant's motion for summary judgment (ECF No. 46), as to which Plaintiff filed a response (ECF No. 59).  By a text-only October 23, 2024 order, this Court denied Plaintiff's attempt to expand the record (*see* ECF No. 63) for several reasons, among which were:  (a) the ambiguity of his reference to Fed. R. Civ. P. 15 (along with the absence of motions to amend); and, (b) to the extent he sought to supplement his summary judgment response (ECF No. 59), the absence of specifics and a reluctance to permit further briefing on the even-then-aging motion (ECF No. 46).

1

However, in December 2024, Plaintiff filed an "amended motion in response of defendant's motion for summary judgment," (ECF No. 64), which this Court construes as a motion to amend his earlier response (*see* ECF No. 59).  So construed, the motion is **GRANTED**, but only to the extent it contains exhibits (*id.*, PageID.223-263), all of which are medically related and at least some of which have been referenced in the Court's concurrently entered report and recommendation.

**IT IS SO ORDERED.**[1]

Dated: January 16, 2025

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).