UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRELL REESE,

      Plaintiffs,

v.

                                                          Case No. 22-cv-12369
                                                          HON. MARK A. GOLDSMITH

THOMPSON., *Corrections Officer*,

      Defendants.

_____/

## **ORDER FOLLOWING APRIL 17, 2025 STATUS CONFERENCE**

      As discussed at the status conference held on April 17, 2025, Plaintiff and Defendant will explore the possibility of settlement over the next two weeks and notify chambers via email, joseph_spica@mied.uscourts.gov, on or before May 1, 2025, whether a settlement has been reached or is likely. If the parties do not state that a settlement has been reached or is likely, they must file, on or before May 12, 2025, a joint statement setting forth their points of agreement and disagreement on future acts or proceedings (included proposed due dates) necessary to finalize this action for trial.

SO ORDERED.

Dated: April 21, 2025                           s/Mark A. Goldsmith
        Detroit, Michigan                   MARK A. GOLDSMITH
                                                 United States District Judge